UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONTAE J. GORDON,

    Plaintiff,

v.

Case No. 22-cv-11873
Hon. Matthew F. Leitman

KIM CARGOR, *et al.*,

    Defendants.
_____/

## ORDER TO FILE FULL TRANSCRIPT OF PLAINTIFF'S DEPOSITION

Now pending before the Court is Defendants' Motion for Summary Judgment (ECF No. 56) and a Report and Recommendation (ECF No. 64) by the assigned Magistrate Judge recommending that the Court grant the motion. Plaintiff has filed objections. In support of their motion, Defendants filed portions of the transcript of Plaintiff's deposition. **IT IS HEREBY ORDERED** that Defendants shall file the full copy of the transcript of Plaintiff's deposition on the docket **by not later than close of business on August 5, 2025**.

    **IT IS SO ORDERED**.

                                     s/Matthew F. Leitman
                                     MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  August 4, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 4, 2025, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126