UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONTAE J. GORDON,

     Plaintiff,

                                 Case No. 22-cv-11873

v.                              Hon. Matthew F. Leitman

KIM CARGOR, *et al.*,

     Defendants.

_____/

## **JUDGMENT**

In accordance with the Court's order (ECF No. 71) dated August 7, 2025:

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff Deontae J. Gordon.

**IT IS SO ORDERED**.

                        KINIKIA ESSIX
                        CLERK OF COURT

                    By:   s/Holly A. Ryan_____
                             Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  August 7, 2025
Detroit, Michigan